MICHAEL E. BREWER, Bar No. 177912
GREGORY G. ISKANDER, Bar No. 200215
LITTLER MENDELSON
A Professional Corporation
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone: 925-932-2468
Facsimile:  925-946-9809
mbrewer@littler.com
giskander@littler.com

Attorneys for Defendants
WINGFOOT COMMERCIAL TIRE SYSTEMS, LLC, AND
THE GOODYEAR TIRE & RUBBER COMPANY

O. DAVID NATANZI, Bar No. 199983
NATANZI & SOLIEMANZADEH LEGAL GROUP, LLP
1880 Century Park East, Suite 1100
Los Angeles, California 90067
Telephone: (310) 201-4999
Facsimile:  (310) 201-5999
david@nslegalgroup.com

Attorneys for Plaintiff
GARY FOSTER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| GARY FOSTER,<br><br>    Plaintiff,<br>v.<br><br>WINGFOOT COMMERCIAL TIRE SYSTEMS, LLC, an Arkansas corporation; THE GOODYEAR TIRE AND RUBBER COMPANY, an Ohio corporation; and DOES 1 through 50, Inclusive,<br><br>    Defendants. | Case No.  2:09-CV-00845-JAM-DAD<br><br>**STIPULATION FOR DISMISSAL OF THE GOODYEAR TIRE AND RUBBER COMPANY AND ORDER THEREON** |

LITTLER MENDELSON
A Professional Corporation
1300 IDS Center
80 South 8th Street
Minneapolis, MN  55402.2136
612.630.1000

(NO. 09-CV-00845)

STIPULATION FOR DISMISSAL OF
GOODYEAR TIRE AND RUBBER COMPANY
AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiff Gary Foster and Defendants Wingfoot Tire Systems, LLC, and The Goodyear Tire
2  and Rubber Company, by and through their undersigned counsel, hereby STIPULATE and AGREE
3  to:
4  DISMISS, WITHOUT PREJUDICE, Defendant The Goodyear Tire and Rubber Company
5  from this action.
6  SO STIPULATED.

Dated: November 30, 2009

/S/   Gregory G. Iskander
GREGORY G. ISKANDER
LITTLER MENDELSON
Attorneys for Defendants
WINGFOOT COMMERCIAL TIRE SYSTEMS,
LLC, AND THE GOODYEAR TIRE & RUBBER
COMPANY

Dated: November 30, 2009

/S/  O.David Natanzi
O. DAVID NATANZI
NATANZI & SOLIEMANZADEH LEGAL GROUP, LLP
Attorneys for Plaintiff GARY FOSTER

## **ORDER**

Upon the Stipulation of the parties, and for good cause appearing, Defendant The Goodyear Tire and Rubber Company is hereby DISMISSED without prejudice.

Dated: December 3, 2009

/s/ John A. Mendez
Honorable John A. Mendez

Firmwide:92919936.1 056530.1127

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1300 IDS Center
80 South 8th Street
Minneapolis, MN  55402.2136
612.630.1000

(NO. 09-CV-00845)  2.  STIPULATION FOR DISMISSAL OF GOODYEAR TIRE AND RUBBER COMPANY AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com