MICHAEL E. BREWER, Bar No. 177912
GREGORY G. ISKANDER, Bar No. 200215
LITTLER MENDELSON
A Professional Corporation
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone: 925-932-2468
Facsimile: 925-946-9809
mbrewer@littler.com
giskander@littler.com

Attorneys for Defendants
WINGFOOT COMMERCIAL TIRE SYSTEMS, LLC, and
THE GOODYEAR TIRE & RUBBER COMPANY

O. DAVID NATANZI, Bar No. 199983
NATANZI & SOLIEMANZADEH LEGAL GROUP, LLP
1880 Century Park East, Suite 1100
Los Angeles, California 90067
Telephone: (310) 201-4999
Facsimile: (310) 201-5999
david@nslegalgroup.com

Attorneys for Plaintiff
GARY FOSTER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| GARY FOSTER,<br><br>Plaintiff,<br>v.<br><br>WINGFOOT COMMERCIAL TIRE SYSTEMS, LLC, an Arkansas corporation; THE GOODYEAR TIRE AND RUBBER COMPANY, an Ohio corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:09-CV-00845-JAM-DAD<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION AND ALL PARTIES WITH PREJUDICE** |



PDF created with pdfFactory trial version www.pdffactory.com

Having fully resolved the disputes herein, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Gary Foster and Defendant Wingfoot Commercial Tire Systems, LLC, by and through their respective attorneys, that the above-captioned action be dismissed with prejudice on the merits as to all named defendants and without costs to any of the parties pursuant to Federal Rule of Civil Procedure 41(a)(1).

SO STIPULATED.

Dated: April 1, 2010

/S/ _Gregory G. Iskander_____________
GREGORY G. ISKANDER
LITTLER MENDELSON
Attorneys for Defendants
WINGFOOT COMMERCIAL TIRE SYSTEMS, LLC, AND THE GOODYEAR TIRE & RUBBER COMPANY

Dated: April 1, 2010

/S/ O.David Natanzi____________
O. DAVID NATANZI
NATANZI & SOLIEMANZADEH LEGAL GROUP, LLP
Attorneys for Plaintiff GARY FOSTER

**ORDER**

Based on the foregoing and good cause appearing, IT IS HEREBY ORDERED that this matter be and is hereby dismissed with prejudice as to all named Defendants. Each party is to bear its own costs. The case is hereby closed.

**IT IS SO ORDERED.**

Dated: April 6, 2010

/s/ John A. Mendez________
Honorable John A. Mendez
United States District Judge

Firmwide:94869912.1 056530.1127



PDF created with pdfFactory trial version www.pdffactory.com